UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AGC – INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701 HEALTH AND WELFARE TRUST FUND,

Plaintiff,

v.

SCOTT BEELER and KRISTIN BEELER, Idaho Residents; CRAIG SWAPP & ASSOCIATES, a Washington law firm,

Defendants.

NO. 2:24-CV-00725-JHC

ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS MATTER comes before the Court on Swapp Law, PLLC's Motion to File Under Seal. Dkt. # 15. The Court GRANTS the motion. An unredacted version of Swapp Law, PLLC d/b/a Craig Swapp & Associates' Opposition to Preliminary Injunction may be filed under seal. Exhibits A and B to the Declaration of Laura Black in Support of Swapp Law, PLLC d/b/a Craig Swapp & Associates' Opposition to Preliminary Injunction, Dkt. ## 17, 19, may be filed under seal.

DATED this 4th day of June, 2024.

*John H. Chun*

John H. Chun
United States District Judge