1

2

3

4

5

6            UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                   AT SEATTLE

8

AGC-INTERNATIONAL UNION OF            NO. 2:24-cv-00725-JHC
9  OPERATING ENGINEERS LOCAL 701
   HEALTH AND WELFARE TRUST FUND,
10                                     STIPULATION AND ORDER OF
              Plaintiff,               DISMISSAL
11        v.

12  SCOTT BEELER and KRISTIN BEELER,
    Idaho Residents; SWAPP LAW, PLLC dba
13  CRAIG SWAPP & ASSOCIATES, a
    Washington law firm,
14
              Defendants.
15

16                    STIPULATION

17       Plaintiff AGC-International Union of Operating Engineers Local 701 Health and

18  Welfare Trust Fund (the "Health Trust") and Defendant Swapp Law, PLLC make the following

19  representations and stipulate that:

20       1.    On receipt of settlement funds negotiated on behalf of Kristin Beeler for injuries

21             sustained on June 23, 2019 in a slip and fall, Defendant Swapp Law, PLLC

22             represents that it will hold in its trust account $30,000 until such time as the

STIPULATION AND ORDER OF DISMISSAL – 1
CAUSE NO: 2:24-cv-00725-JHC

1             Parties agree on a reimbursement amount to address the ERISA lien asserted by

2             the Health Trust;

3      2.     The Health Trust strikes its motion for entry of a preliminary injunction (Dkt.

4             2); and

5      3.     The Parties agree to dismissal of all claims in this action against all parties

6             without prejudice and without an award of costs to any party.

7   Dated: June 10, 2024

8   */s/ Noelle E. Dwarzski*
   Noelle E. Dwarzski, WSBA #40041

9   BARLOW COUGHRAN
   MORALES & JOSEPHSON, P.S.

10   1325 Fourth Ave., Suite 910
    Seattle, WA 98101

11   Telephone: (206) 224-9900
    Facsimile: (206) 224-9820

12   E-mail: noelled@bcmjlaw.com
    Attorneys for Plaintiff Health Trust

13

14   */s/ Aaron P. Rienshe (with permission)*
    Aaron P. Rienshe, WSBA #37202

15   OGDEN MURPHY WALLACE, PLLC
    701 5th Avenue, Suite 5600

16   Seattle, WA 98104
    Telephone: (206) 447-7000

17   Facsimile: (206) 447-0215
    E-mail: noelled@bcmjlaw.com

18   Attorneys for Defendant Swapp Law, PLLC

19

20

21

22

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER

This matter is before the Court on the Parties' stipulated motion.  Dkt. # 25.  The

Court has considered the motion, as well as the pleadings, files and court records in this

matter, and ORDERS:

1.     The Health Trust motion for entry of a preliminary injunction (Dkt. # 2) is

stricken; and

2.     All claims in this action against all parties are dismissed without prejudice and

without an award of costs to any party.

DATED: June 10, 2024

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE